# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                  NO. 2026 KW 0030

VERSUS

VERNELL DAY                                         **MAY 18, 2026**

---

In Re:    Vernell Day, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          11-14-0698.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

    **WRIT DENIED.**

                            **PMc**
                            **HG**
                            **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT